# Stevens & Lee

110 Allen Road
Suite 304
Basking Ridge, NJ  07920
973-467-2700
www.stevenslee.com

T: (973) 387-7801
F: (610) 236-4341
scott.rever@stevenslee.com

July 13, 2026

**BY ECF**

Honorable Stacey L. Meisel
United States Bankruptcy Court
POB 1352
Newark, NJ 07102

Re:   43 Laurel Avenue LLC
      Case no. 26-17417 SLM
      Client Matter No.:   124005.00008

Dear Judge Meisel:

The undersigned serves as Subchapter V Trustee in this case. In the event that the Court dismisses the case pursuant to its Order to Show Cause or on account of the pending motion filed by New York Tower Capital LLC, I request that the Court retain jurisdiction regarding professional fees incurred in this case.

I thank the Court for its consideration of the foregoing.

Respectfully submitted,

STEVENS & LEE

Scott S. Rever

SSR:drm
Cc:   David Gerardi, Esq. (by email)
      Douglas K. Mitchell, Esq. (by email douglas@lawyermitchell.com)
      Bryan C. Bryks, Esq. (by email bcb@borgbryks.com)

PENNSYLVANIA   |   NEW JERSEY   |   DELAWARE   |   NEW YORK   |   RHODE ISLAND   |   FLORIDA
A PA Professional Corporation, Stuart M. Brown, NJ Managing Attorney