Douglas G. Mitchell, Esq. DM3271
17 Academy Street
Suite 305
Newark, NJ 07102
Tel. 973.761.3000
Fax. 973.242.4701
douglas@lawyermitchell.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

In Re:

                            Case No.  26-17417-SLM

43 LAUREL AVE LLC

        Debtor(s).

_____

**OPPOSITION TO CREDITOR OBJECTION TO SUBCHAPTER V DESIGANTION
AND ALTERNATIVE MOTION DISMISS**

I Douglas Mitchell, Esq., hereby certify as follows:

1. I am the attorney of record in this matter.
2. Debtor agrees that this matter should be designated as a single asset real estate case and not a Subchapter V case.
3. Debtor 43 Laurel Avenue has not previously petitioned for bankruptcy protection.
4. Prior personal bankruptcy filings by the officers of a corporation have no bearing on the filing history of the corporation itself.
5. Debtor's filing is in good faith and it wishes to reorganize and remain viable.
6. In light of the foregoing, I respectfully ask that the instant motion be denied and debtor be allowed to proceed in Chapter 11bankruptcy.

Mitchell Law Offices
/s/ Douglas G. Mitchell
By: Douglas G. Mitchell

Dated: August 3, 2026